Dale Henry Eames & Raina Elizabeth Eames
29820 N Red Sand Way
Queen Creek, AZ 85243

FILED
2009 OCT 16 P 2:51
CLERK
US BANKRUPTCY COURT

IN THE UNITED STATE BANKRUPCY COURT FOR THE DISTRICT OF ARIZONA

In re:

Dale Henry Eames and Raina Elizabeth Eames,

    Debtor.

Case No.: No. 4:09-bk-21432-JMM

Objection to Motion to Lift the Automatic Bankruptcy Stay

RE: Real Property Located at
29820 N. Red Sand Way
Queen Creek, AZ 85243

US Bank NA

    Movant,

VS.

Dale Henry Eames and Raina Elizabeth Eames,

Debtors: Gayle E. Mills, Trustee.

    Respondents

The Debtors hereby object to the request for relief from the automatic stay of 11 U.S.C. 362(a), to permit the Movant to foreclose the lien of its Deed of trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceeding or the exercise of the power of sale, and to obtain possession and control of the real property.

The Debtors have received an offer to sell the property in a short sale. The debtors request hearing to receive court order of the sale of the property.

Dated this 16th day of October, 2009

_____
29820 N Red Sand Way
Queen Creek, AZ  85142
Dale Henry Eames & Raina
Elizabeth Eames

*Raina Eames*